NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PETER H. BEER, TERRY J. HATTER, JR.,
THOMAS F. HOGAN, RICHARD A. PAEZ,
JAMES ROBERTSON, LAURENCE H. SILBERMAN,
A. WALLACE TASHIMA AND U. W. CLEMON,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5012

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-037, Senior Judge Robert H. Hodges, Jr.

---

# O R D E R

Upon consideration of the order of the Supreme Court of the United States in *Peter H. Beer, et al., v. United States*, 131 S.Ct. 2865 (2011), vacating this court's judgment and remanding to this court for further consideration,

IT IS ORDERED THAT:

The mandate of this court issued on March 30, 2010 is recalled, the appeal is reinstated, and this court's January 15, 2010 judgment is vacated.

FOR THE COURT

August 4  , 2011                          /s/ Jan Horbaly
─────────────────                         ─────────────────
        Date                              Jan Horbaly
                                          Clerk

cc:  Christopher Landau, Esq.
     Brian M. Simkin, Esq.